UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LISA BERGERON, ET AL.** | * | CIVIL ACTION |
| | * | |
| | * | NO. 08-4426 |
| **VERSUS** | * | REF.: ALL CASES |
| | * | |
| **TERREBONNE PARISH CONSOLIDATED GOVERNMENT, ET AL.** | * | SECTION "B"(4) |
| | * | |

## ORDER AND REASONS

Considering Plaintiffs' Second Motion to Strike Motion for Summary Judgment (Rec. Doc. No. 67),

**IT IS ORDERED** that said motion is **DENIED**. The original Scheduling Order dated January 29, 2009 (Rec. Doc. No. 13) indicates that "[i]f . . . a continuance is granted, deadlines and cut off dates will be extended automatically, unless otherwise ordered by the Court." A continuance of this matter was granted on December 2, 2009 (*see* Rec. Doc. No. 56), and the subsequently issued Scheduling Order (Rec. Doc. No. 62) reset the trial for April 26, 2010 — nineteen weeks after the originally scheduled trial. All deadlines and cut off dates were therefore automatically extended by nineteen weeks, making Defendants' Motion for Summary Judgment (Rec. Doc. No. 63) filed on December 30, 2009 timely.

New Orleans, Louisiana, this 15th day of January, 2010.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE